■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM RIVERA. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH IMBRUGLIA. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT CROXTON. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES KING HERRING. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES B. STOKES. (F) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS McCORMACK. (G) THE PEOPLE OF THE STATE OF NEW YORK v. SYLVESTER MAZZELLA. (H) THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST THOMPSON. (I) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT CARRING-

TON. (J) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD KYLE. (K) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BESTER. (L) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH H. MAGETTE. (M) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS THOMPSON. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.